UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOE STEPHENS (#109204)

VERSUS

BURL CAIN ET AL

CIVIL ACTION

NO. 10-522-BAJ-CN

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 29, 2010 to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Petition for Writ of Habeas Corpus (doc. 1) filed by Joe Stephens shall be **DISMISSED.**

Baton Rouge, Louisiana, October 29, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT COURT